IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MILTON ANDERSON,                )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )     2:15cv249-MHT
                                )         (WO)
DAVID WARREN, Sheriff;          )
et al.,                         )
                                )
    Defendants.                 )

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a former inmate at the Macon County Detention Center and the Lee County Detention Center, filed this lawsuit challenging alleged violations during his incarceration of his constitutional rights to access to courts, equal protection, due process, and adequate medical care, among other claims.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice for plaintiff's failure to respond to court

orders.  There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

    An appropriate judgment will be entered.

    DONE, this the 16th day of September, 2015.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE