IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MILTON ANDERSON,            )
                            )
    Plaintiff,              )
                            )         CIVIL ACTION NO.
    v.                      )           2:15cv249-MHT
                            )                (WO)
DAVID WARREN, Sheriff;      )
et al.,                     )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 24) is adopted.

(2) This lawsuit is dismissed without prejudice.

(3) The motion to dismiss and the alternative motion for summary judgment (doc. no. 16) are denied as moot.

It is further ORDERED that costs are taxed against

plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of September, 2015.

                                              /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE